THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCES ROSENBERG, Respondent, *v.* GERMAN HOUSEWIVES' ASSOCIATION, Appellant.

*People ex rel. Rosenberg* v. *German Housewives' Assn.*, 83 App. Div. 642, affirmed.

(Argued June 1, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1903, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the reinstatement of the relator as a member of the defendant association.

*Charles E. Hughes* and *Philip J. McCook* for appellant.

*Milton Dammann* and *J. Campbell Thompson* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.